UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>TIMOTHY HURSH,<br><br>              Defendant. | Case No. CR22-180 JCC<br><br>DETENTION ORDER |

Mr. Hursh is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and § 846, and a forfeiture allegation. The Court held a detention hearing on October 25, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Hursh stipulated to detention.

3. Mr. Hursh poses a risk of nonappearance due to his use of aliases, history of failure to appear, criminal activity while on supervision, history of probation revocations, current pending charges, two outstanding bench warrants, lack of legitimate

DETENTION ORDER - 1

employment, and substance abuse history. In addition, his personal history remains uncorroborated.

4. Mr. Hursh poses a risk of danger due to the nature of the instant offense, a prior violent conviction, criminal activity while on supervision, noncompliance with supervision, substance use history, and history of weapons possession.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Hursh's appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Hursh as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Hursh shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Hursh shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Hursh is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Hursh, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 25th day of October, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3