The Hon. Lauren King

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY HURSH, <br><br> Defendant, <br><br> and <br><br> HEIDI GRACE EHLI, <br><br> Third Party Claimant. | NO. CR22-180-LK <br><br> [PROPOSED] <br><br> **ORDER GRANTING UNITED STATES' MOTION FOR SCHEDULING ORDER TO GOVERN THIRD-PARTY CLAIM** |

THIS MATTER comes before the Court on the United States' Motion for Scheduling Order to Govern a Third-Party Claim.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, including the relevant claim (Dkt. No. 423), hereby finds entry of an order setting a discovery schedule, a motions deadline, and a hearing date as to the Smith and Wesson M&P 40 Shield pistol, bearing serial number HMT6392, and any associated ammunition (the "Smith & Wesson"), is appropriate. The Court may permit discovery and entertain motions related to third-party claims pursuant to Federal

Scheduling Order to Govern Third-Party Claim- 1
*United States v. Hursh,* CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Rule of Criminal Procedure 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party claim is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) and (4) - (6).

NOW, THEREFORE, THE COURT ORDERS:

1) The United States and Heidi Grace Ehli may engage in discovery related to Ms. Ehli's asserted interest in the Smith & Wesson. The discovery period closes on **September 4, 2025;**

2) Thereafter, the United States and Ms. Ehli shall file any dispositive motions no later than **November 4, 2025**; and

3) If necessary, an evidentiary hearing will be held on Ms. Ehli's claim to the Smith & Wesson at a date and time to be determined by the Court.

IT IS SO ORDERED.

DATED this  19th  day of  March , 2025.

*Lauren King*
THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented By:

 s/Karyn S. Johnson 
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Scheduling Order to Govern Third-Party Claim- 2
*United States v. Hursh,* CR22-180-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970